UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NAILS,

    Plaintiff,

v.

UPS, et al.,

    Defendants.
_____/

Case No. 16-10102

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 26, 2016 REPORT AND RECOMMENDATION [19]

Before the Court is the magistrate judge's July 26, 2016 report and recommendation on Rule 41(b) dismissal and pending motions to dismiss and/or change venue, to dismiss and to stay consideration of motion to change venue pending resolution of motions to dismiss. (Dockets 2, 5, 6.) The magistrate judge recommends that the Court dismiss without prejudice Plaintiff Angela Nails's claims/complaint against Defendants United Parcel Services, Mike Foley, Wesley Romine, and Brian O'Connell, and that the remaining motions (dkts. 2, 5, 6) be terminated as moot. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court DISMISSES Plaintiff's complaint without prejudice and terminates the remaining motions (dkt. 2, 5, 6).

So ordered.

                         s/Nancy G. Edmunds
                         Nancy G. Edmunds
                         United States District Judge

Dated: September 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff Angela Nails on September 8, 2016, by electronic and/or ordinary mail.

                         s/Carol J. Bethel
                         Case Manager